# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JULIE HUNTER, an individual; and TALON HUNTER, a minor, BY AND THROUGH HIS GUARDIAN AND NEXT FRIEND, JULIE HUNTER, | ) ) ) ) ) ) ) | |
| Plaintiff, | | CIVIL ACTION NO. 2:2015-cv-00544 |
| vs. | ) ) | |
| GLAXOSMITHKLINE PLC, a British public limited company ; and GLAXOSMITHKLINE, LLC, an American limited liability company. | ) ) ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT GLAXOSMITHKLINE LLC'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant GlaxoSmithKline LLC ("GSK") respectfully moves to dismiss Plaintiff Julie Hunter and Plaintiff Talon Hunter's claims against GSK for failure to state a claim on which relief can be granted.  GSK has submitted contemporaneously herewith a Memorandum of Law in support of its Motion to Dismiss.

WHEREFORE, GSK respectfully requests that this Court grant its Motion to Dismiss for the reasons set forth in its Memorandum of Law.

Respectfully Submitted,

s/ Maibeth J. Porter
Maibeth J. Porter (ASB-3915-O40M)
Bryan A. Coleman (ASB-9940-R52C)
Attorneys for Defendant GlaxoSmithKline LLC

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
mporter@maynardcooper.com
bcoleman@maynard.cooper.com
Telephone:   (205) 254-1000
Facsimile:   (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing document on all counsel of record through the Court's electronic filing system or by United States Mail, on this the 27th day of April, 2015.

s/Maibeth J. Porter
OF COUNSEL