# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JULIE HUNTER; and TALON HUNTER, a minor, BY AND THROUGH HIS MOTHER AND NEXT FRIEND, JULIE HUNTER,** )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs, ) | |
| v. ) | Case Number: 2:15-cv-00544- |
| **GLAXOSMITHKLINE, LLC, et al.,** ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

COME NOW Plaintiffs to the above-styled action and, pursuant to Rule 41(a)(1)(A), hereby dismiss Defendant GlaxoSmithKline, PLC, without prejudice. *See* FED. R. CIV. P. 41. Defendant GlaxoSmithKline, LLC, remains as a defendant to this action.

Respectfully submitted this 18th day of May, 2015.

*/s/ Lloyd W. Gathings*
Lloyd W. Gathings (asb-1365-g581)
Honora M. Gathings (asb-2332-g70h)
William Lattimore (asb-7576-l62l)
Attorneys for Plaintiffs

**OF COUNSEL:**
GATHINGS LAW
2204 Lakeshore Drive, Suite 406
Birmingham, AL 35209
Telephone: (205) 322-1201
Facsimile: (205) 322-1202
lgathings@gathingslaw.com
hgathings@gathingslaw.com
wlattimore@gathingslaw.com

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the above and foregoing was served on the following via U.S. Mail this 18th day of May, 2015.

Bryan A. Coleman
Maibeth J. Porter
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
mporter@maynardcooper.com
bcoleman@maynard.cooper.com

GlaxoSmithKline, PLC
980 Great West Road
Brentford, Middlesex, TW8 9GS
United Kingdom

                                            */s/ Lloyd W. Gathings*
                                            OF COUNSEL